IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARELL D. TERRY**  **PLAINTIFF**
**ADC #149998**

v.    Case No. 4:25-cv-00446 KGB-BBM

**LONNELL SEAMSTER, JR., APN,**
**Wellpath,** *et al.*    **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 15). No party has filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

While plaintiff Jarrell D. Terry did not file timely objections to Judge Moore's Recommended Disposition, Terry has made several other filings. The Court dismisses without prejudice Terry's amended complaint and addendum (Dkt. Nos. 7; 8) for failure to comply with the Court's Order to pay the filing fee. The Court denies as moot Terry's motion for writ of mandamus (Dkt. No. 13), motion to amend relief (Dkt. No. 14), and emergency notification/writ of mandamus (Dkt. Nos. 16). The Court grants Terry's motion for copies (Dkt. No. 17). The Clerk of the Court is instructed to send Terry a form for filing a petition for writ of *habeas corpus* by a person in state custody under 28 U.S.C. § 2254, along with a copy of the docket sheet in this matter.

The Court has considered Terry's latest notice (Dkt. No. 18), and the declaration of Adam Lane (Dkt. No. 19), but these filings do not break new ground. The Court agrees with Judge Moore

that Terry has failed to show that he is in imminent danger of harm (Dkt. No. 15). To date, Terry has failed to pay the required filing fee. Therefore, the Court adopts the Recommended Disposition and dismisses without prejudice Terry's amended complaint and addendum (Dkt. Nos. 7; 8) for failure to comply with the Court's Order to pay the filing fee. The Court denies as moot Terry's motion for writ of mandamus and motion to amend relief (Dkt. Nos. 13; 14). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 18th day of November, 2025.

_____
Kristine G. Baker
Chief United States District Court Judge